# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DAVID BUL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **23-10197-FDS** |
| **MAJOR LAVOIE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER OF DISMISSAL

**SAYLOR, C.J.**

When plaintiff David Bul commenced this action, he filed a motion for leave to proceed *in forma pauperis* instead of paying the $402 filing fee. In an order dated June 30, 2023, the Court denied the motion and ordered him to pay the filing fee or submit a satisfactory statement. The Court informed him that failure to comply with the order within 21 days could result in dismissal of the action.

The deadline for complying with the Court's June 30, 2023 order has passed without any response from Bul.

Accordingly, this action is hereby DISMISSED without prejudice.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated:   August 14, 2023